UNITED STATES COURT OF INTERNATIONAL TRADE     FORM 1

| MELNOR, INC. | |
|---|---|
| Plaintiff, | SUMMONS |
| v. | Court No. 1:25-cv-00052 |
| UNITED STATES, Defendant. | |

TO:   The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 4601 | Center (if known): | CEE010 - Machinery |
|---|---|---|---|
| Protest Number: | 460125138102 | Date Protest Filed: | 1/10/2025 |
| Importer: | 52-204599700 | Date Protest Denied: | 2/10/2025 |
| Category of Merchandise: | watering implements | | |

### ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
|---|---|---|---|---|---|
| 91651262031 | 4/1/2024 | 11/8/2024 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Robert A. Shapiro, Thompson Coburn LLP
1909 K Street NW, #600
Washington, D.C. 20006
rshapiro@thompsoncoburn.com
202-585-6926

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

Form 1-2

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| Watering implements: Anvil pulsating sprinkler | 8424.82.0020 9903.88.02 | 2.40% 25% | 8424.82.0020 9903.88.02 9817.00.50 | 0% |

**Other**

State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim:
Protest deemed denied regarding use of HTS 9817.00.50 and CBP failure to adhere to the requirements of 19 U.S.C. § 1625 in issuance of CF-29 Notice of Action

The issue which was common to all such denied protests:

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____
Signature of Plaintiff's Attorney

2/28/25
Date

Form 1-3

## SCHEDULE OF PROTESTS

Center (if known) _____

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)